JULIO ESPAILLAT, Respondent, v ERIE COUNTY MEDICAL CENTER CORPORATION, Appellant. [994 NYS2d 883]—Appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered July 1, 2013. The order granted the application of claimant for leave to serve a late notice of claim.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Fahey, Sconiers, Whalen and DeJoseph, JJ.